COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     San Jacinto River Authority v. Michael  A.  Burney

Appellate case number:   01-18-00365-CV

Trial court case number:  2018-10744

Trial court:                   157th District Court of Harris County

The court has granted oral argument in this case and has scheduled submission for September 26, 2018.

Appellant San Jacinto River Authority has filed a motion to reset oral argument. The motion is **GRANTED**. The submission for September 26, 2018 is set aside, and oral argument will be rescheduled.

Within seven days of the date of this order, lead counsel for the parties are ordered to confer and to provide to the court a list of Tuesdays and Wednesdays in October 2018 that are available to both sides for oral argument.

It is so **ORDERED**.

Judge's signature: /s/ Michael Massengale
                    ☑ Acting individually      ☐ Acting for the Court


Date:  August 30, 2018